IN THE UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

21-1021

COMPLAINT: to wit; CIVIL RIGHTS AND other violations pursuant to 42 USC § 1985; and 42 USC § 1983; and 42 USC § 1983; and Bivens v. Six Unnamed Federal Narcotics Agents; AND The Federal TORT CLAIMS ACT; AND The AMERICANS WITH DISABILITIES ACT; AND The REHABILITATION ACT; and the Administrative Procedures Act; 5 USC § 706; and the Federal Whistleblower Protection Act; AND The CIVIL RIGHTS OF INSTITUTIONALIZED PERSONS ACT; AND The RELIGIOUS LAND USE of Institutionalized Persons Act; AND The RELIGIOUS FREEDOM Restoration Act; AND STATE AND FEDERAL VULNERABLE ADULT witness laws; AND The CONVENTION AGAINST TORTURE UNDER INTERNATIONAL LAW; AND THE UN TED NATIONS NELSON MANDELA Rule; AND The GENEVA CONVENTION; AND The PRISON RAPE ELIMINATION ACT; AND UNITED STATES Code Title 18 SECTIONS: 2340; 1512; 241; 242; 245; 247; 248; 249; 2241; 242; 1591; AND other laws, TREATIES, Policies, or Acts; AND HEALTH INFORMATION PRIVACY PROTECTION ACT
AND IN WRIT OF ERROR Coram Nobis and Audita Querela

PARTIES TO ACTION

Toni Fly; 18658-023;
Et AL

**FILED**
JAN 12 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

V.

UNITED STATES OF AMERICA; UNITED STATES Department of JUSTICE; UNITED STATES MARSHAL SERVICE; FEDERAL BUREAU OF PRISONS; UNITED STATES PUBLIC HEALTH SERVICES; ET AL

CASE No.

* C/O. Beecham: For sexual harassment; denial of religious food items, hypoglycemic food; inticing inmate retaliation, voyeurism, intentional infliction of emotional distress;
* C/O J. Steele: For sexual harassments; exposure me himself to Brennan; Inciting inmates to do harm; attempting to force cell for me to be raped; Intentional infliction of emotional distress
* SOS D. Taylor: For attempting to force cell for rape, and intentional infliction of emotional distress;
* C/O Webster: For illegally shredding legal documents destined for the Federal District Court; mishandling HIPPA protected documents, hindering an investigation by a Federal Judge
* LT. Fisher: For shredding legal documents; failure to train; failure to protect; hindering an investigation by a federal judge; denial of due process and equal protections, deliberate indifference to health and safety;
* LT. J. Vega-Flores: For mishandling HIPPA protected documents destined for court; failure to protect, denial of due process, and equal protections; failure to train; negligence; allowing court documents to be not [illegible]
* LT. Johnson: For denial of due process, failure to [illegible] deliberate indifference, failure to act
* DR. FOLLIE, PsyD: Failure [illegible] denial of due process [illegible] of equal protections [illegible] failure to act
* DR. SCOTT MOATS, MD: [illegible] or interfering with treatment once prescribed [illegible] failure to protect; [illegible] failure to act [illegible]
* Healthcare [illegible] denial of due process and equal protections with [illegible] prescribed [illegible]; cruel and unusual punishments; sexual harassment and [illegible]
* Unit Mgm't/Unit Manager R. Bell: For failure to protect, failure to [illegible] deliberate indifference to health and safety, denial of due process and equal protections; intentional infliction of emotional distress; intent to do or cause or be an accessory to harm, injury, rape, sexual/physical assaults, harassments, abuse, and even attempted murder; conspiracy to deny rights; denial of rights, sexual harassment and [illegible]
* Counselor Mr. Plang: Failure to protect; intentional infliction of emotional distress; cruel and unusual punishments; deliberate indifference to health and safety; denial of due process and equal protections; [illegible] forced cell assignment to instance gang rape, sexual/physical assaults/harassments/retaliation/murder and/or suicide or other sexual [illegible]. Attempting to induce suicide by triggering their urge to; sexual harassment and abuse, [illegible]
* Counselor/Case manager Menfel's For: Denial of due process, and Equal Protections; Cruel and unusual punishments; [illegible] emotional distress; sexual [illegible]
* [illegible] harassment

* Warden (Frederick) Rentzel for deliberate indifference to health and safety, denial of due process and equal protections, conspiracy to deny rights, denial of rights, failure to train, failure to protect; ordering forced illegal cross gender searches, in which were sexually abusive to HRPC and intentionally humiliating. [illegible] ... [illegible] Monier/Bunker/Hoy, Pason, Hupe, Bilovies, Schafer, etc., in which were entwined with Dunsworth [illegible] ... Both him and;

* Captain K. Taylor for intentional infliction of emotional distress, hate [illegible], [illegible] bias, supervisory breach & others, failure of duty/failure to protect, bodily injuring, physical injury, and inmate retaliation/threats, sexual harassments, he himself sexually harassing, abusing, and exposing, my HIPPA protected information and in violation of Farmer v. Brennan, 511 US 825, exposing my Intersex or "Transsexualism" to the inmate population, to incite rape, sexual/physical assaults, abuse, harassment and retaliation from inmates and staff, inciting staff sexual harassment/abuse, voyeurism, intentional misgendering, [illegible] ... Hair Growth to induce [illegible] trauma and to sexually harass, abuse, my breast development and female form by physically contacting and female characteristics with no permission and to [illegible] to pay care for hypoglycemic forcing male attributes and purchases, no medically necessary and commissary items upon a gender dysphoric intersex and/or Transgender female, to sexually [illegible] ... causing and death and emotional physical and mental pain and anguish, and distress and [illegible].

* [illegible] allowing inmates to deny [illegible] seating, rec programming, etc., etc., and much more [illegible] ... failure to protect; failure to treat.

* Nurse Shuman; failure to protect; failure to treat; falsely stating I refused Covid-19 test.

* Case Manager Shea for failure to protect; failure to act; denial of due process and equal provisions,

* Assistant Warden [illegible] for failure to [illegible] ... the above & other [illegible] acts and duties,

* [illegible] ... failure to send indigent legal mail per Bounds v. Smith, Lewis v. Casey,

* Access point supervisor and [illegible] violations of due process, equal protections and rights to redress and civil rights, and by failure to provide [illegible] trust fund account statement for past 6 months to process case documents.

* Food Service Administrator, SMU staff, Health Services staff, Security staff, Warden and Captain for failure to treat hypoglycemia, Raynaud's, bladder dysphoria, chronic pain issues,

* Chaplaincy for denial of [illegible] ... Dr. [illegible] to [illegible] ... type [illegible] ... and legal services and educational programming,

* All staff [illegible] ... (2) no retaliation by ordered judge

DEFENDANTS LIST, FCI OKLAHOMA CITY

* Warden Fox; Warden S. Young; Captain Mack; Captain John Doe; SIA Lt.'s Thomas and Leisner, For; Failure to Protect; Failure to Act, Cruel and Unusual Punishments; Forced Sexual Assaults Through Forced Cross Gender Illegal Searches by several officers that who Grabbed my Breasts, Genitalia, and Buttocks, to try and Harass and cause Harm and Injury, cause Distress Through Intentional Misgenderings to do Harm or Injury; Forced Housing in Male Housing Units to Induce Rape; Intentional Infliction of Emotional Distress, Forced Suicide Watch By Opposite Gender Non Medical Personnel/Laundresses while Naked, Deprived of Clothing, Conspiracy to Deny Rights; Denial of Rights; Denial of Right to Redress and Grievance, Torture Through Rape and Medical Maladies, Failure to treat serious medical conditions, Cruel and Unusual Punishments, illegal Search and Seizures without probable cause; Falsifying Legal Documents; Denying of Religious Observance, Denial of Due Process and Equal Protections, and Access to Courts; Intentional Infliction of Emotional Distress, Rape Trauma syndrome, Gender Dysphoria left untreated; by a Psychology Staff, Ret; Placing Retaliatory misinformation in Psychology records; Failure to Protect; Failure to Act; Denial of Rights; Conspiracy to deny Rights; Forced Housing to Induce Rape; Failure to Treat; Cruel and Unusual Punishments, Intentional Infliction of Emotional Distress

* Associate Warden Steven Santiago, Dr. Giraard, Warden Young, Jill Roth; Senior Ephline and Others, For Conspiracy to Deny Rights, Denial of Rights, Denial of Due Process, Equal Protections and Right to Redress and Grievance the Government's conspiracy to transport me (Plaintiff Tanifly) to cause me to be Forced into Sexual Servitude, Illicit Sexual Activities, and Continuous Sexual Abuse at the Hands of those in her custody, Civil, and Criminal contract Violations of 2477(d); 18 USC § 2241; 18 USC § 2241; 18 USC § 241, Intentional abuse and assault, Intentional Infliction of Emotional Distress.

* Clinical Director FNNN Medical Staff FNN; Failure to Treat; Failure to Protect; Failure Properly House Including Rape, Assault and Battery Death.

* Associate Warden Steven Santiago and Lt., Mr. RL for transportation to cause plaintiff to forcibly engage in illicit sexual activities and to be sexually abused by those whom are in custody, cruel and excessively controlled; cruel and unusual punishments, denial of rights, denial of care; denial of Rights to Redress and Grievance, Due Process and Equal Protections

* Chaplain Houston For: Denial of Full Religious observance, sexual Harassment and Intentional Infliction of Emotional Distress.

* SIS Lt. John Doe's 1-4, For Failure to Protect; Cruel Pain, Forced Enough Testing Assignments; Failure to treat.

* All Staff: Allowing Inmates to deny beating, TV, and running water to gays and transgenders, and to hit them over the head and to view and sexually abuse, harass, and rape them.

* Warden: for Failure to Protect; Denial of Rights; Conspiracy to Deny Rights; Illegal Housing Assignments; Cruel and Unusual Punishments; Conspiracy to Deny Rights; Denial of Rights; Torture; Denial of Care; Denial of Right to Redress and Grievance; Due Process; Equal Protections; Illegal Search and Seizure and use of Force; Denial of Progress SRO orders; Failure to just remand to State's Retention _____ by a Federal Judge; Hindering an Investigation and Internal Resolution; Encouraging or Tolerating Rape, Sexual Abuse, Sexual/Physical Assaults and Harassments;

> _____ Intersex Medical _____ Directors: _____ and Sex Based Abuse and Harassments; Depression; _____; _____; _____; Anxiety; Rape Trauma Syndrome; Gender Dysphoria; Body Issues; Cephalic Pain; Intersex Related Genital Healing; _____ and Surgical Pain _____; Illegal Search and Seizure; _____; Intersex Related _____; Malpractice; Deliberate Indifference to Health and Safety; Illegal ___ Policy Fairness; Inducement or Sexual Assaults; Hostile Harassment; Failure to Treat;

> _____; Cruel and Unusual Punishments; Torture; Intentional Infliction of Emotional Distress; Gender Dysphoria; Anxiety; Malpractice; Intentional Infliction of Pain; Boy/David's and Intersex Related _____; Housing Assignments; Failure to Protect; Failure to Treat;

> _____
  _____
  _____
  _____; Intersex Related Genital Healing;

* Andrew _____: for Failure to Protect; Denial of Care; Intentional Infliction of Emotional Distress; Anxiety; _____; Retaliation; Malpractice

* Thann _____, RN: for Failure to Protect; Denial of Care; Intentional Infliction of Emotional Distress; Anxiety; Gender Dysphoria; Illegal Housing Assignments; Intentional Pain; Boy/David's, Failure to Protect

> Rita _____: for Failure to Protect or Failure to Act; Due to Policy or Procedure of Supervisors (She did help when she could);

* AHSA _____, RN, PHN: Failure to Protect; Illegal Housing Assignments; Failure to Treat; Deliberate Indifference to Health and Safety; Failure to Act; Hindering Due Process, Equal Protections, and Right to Redress, and Grievance; Intentional Infliction of Emotional Distress, Anxiety, Gender Dysphoria;

* Nurse Hess, RN: for Failure to Protect, _____; Failure to Act; Due to Policy or Procedure of Supervisors (She would help when she could);

* Ms. Lynne, Dir. of Ed. for: Denial of Access to Courts, Pacer, Legal _____

DEFENDANTS LIST/ AT FAIRTON:

* DR. BRIAN REDONDO, Psy.D, Chief of Psychology; FOR; DELIBERATE INDIFFERENCE TO HEALTH AND SAFETY; ILLEGAL HOUSING ASSIGNMENTS, FAILURE TO PROTECT; FAILURE TO ACT; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, ANXIETY, GENDER DYSPHORIA; MAL PRACTICE, INTENTIONAL INDUCEMENT OF BORDERLINE PERSONALITY DISORDER; DELAY, DENIAL, OR INTERFERING WITH CARE, FALSE MISREPRESENTATION OF PSYCHOLOGY RECORD (STATED IT IS WELL DOCUMENTED THAT YOU ARE REQUIRED TO HAVE A SINGLE CELL, PRIVATE SHOWER, FEMALE ONLY VISUAL AND PAT SEARCH AND ESCORT, AND TO BE KEPT SEPARATE FROM MALES). DR. FOLIC, Psy.D. (PEKIN) STATED THERE IS NOTHING TO SUGGEST ANY OF THAT IN MY RECORD; SHOWING IT WAS LIKED TO GAVE SEXUAL ASSAULT OCCURRED). THIS RESULTED IN FURTHER SEXUAL ASSAULTS, ABUSE, HARASSMENT.

* MAINTENANCE SUPERVISOR, DELAQUILLA; FOR ILLEGAL SEARCH AND SEIZURE AND DSO AS CRUEL AND UNUSUAL PUNISHMENT, DELIBERATE INDIFFERENCE TO HEALTH AND SAFETY; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, GENDER DYSPHORIA, AND TRAUMA SWELLING AND PANIC DISORDER; AND WANTON PAIN AND INJURY, AS P---- HIS ROLE AS PLAINTIFFS NECK TO KILL HER LIKE GEORGE FLOYD. ASSAULT; SEXUAL HARASSMENT; INTIMIDATION, AND OTHER HARASSMENT; RETALIATION.

* CO NELSON; FOR AFOREMENTIONED ASSISTANCE IN ASSAULT, SEXUAL HARASSMENT.

* CO. JOHNSON, FOR IMPROPER CRUEL AND UNUSUAL PUNISHMENT, DELIBERATE INDIFFERENCE TO HEALTH AND SAFETY; HARASSMENT; INDUCEMENT OR ALLOWANCE OF SEXUAL ASSAULT AND THEFT AT PICKERY; FAILURE TO PROTECT, FAILURE TO ACT; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; INDUCEMENT/ENCOURAGEMENT OF SELF HARM (HOUSING) UPON REMOVAL FROM SUICIDE WATCH, DENIAL OF CARE.

* CO MORRISON, FOR FAILURE TO PROTECT; FAILURE TO ACT; DELIBERATE INDIFFERENCE TO HEALTH AND SAFETY.

* LT. J. WEIZER; FOR RETALIATION, DENIAL OF ACCESS TO COURTS; LAW LIBRARY; AND LEGAL DOCUMENTS; ILLEGAL SEARCH AND SEIZURE OF LEGAL DOCUMENTS WITH CO's JOHN DOES 1-6 AND CO JANE DOE, TO HINDER AN INVESTIGATION BY A FEDERAL JUDGE, UPON LEARNING OF FILING WITH THE COURT, DENIAL OF DUE PROCESS, EQUAL PROTECTIONS; RIGHT TO REDRESS AND GRIEVANCE THE GOVERNMENT, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, HARASSMENT, DELIBERATE INDIFFERENCE TO HEALTH AND SAFETY, ILLEGAL HOUSING ASSIGNMENTS, INDUCING/ENTICING SEXUAL/PHYSICAL ASSAULTS, PLACEMENT INTO HOUSING UNIT WITH PERSONS WHO PREVIOUSLY SEXUALLY ASSAULTED PLAINTIFF, TO INDUCE FURTHER SEXUAL/PHYSICAL ASSAULTS/HARASSMENTS/ABUSE LIKE PREVIOUS.

* CO: Arbona for deliberate indifference to Health and Safety, Failure to Protect; Failure to Act; Illegal Search and Seizure; Inmate James "Psychiatric" McLady stated told CO to assault Plaintiff for filing PREA complaints against "Sway Charles" Andrew Jackson; and staff members for sexual abuse/harassment; stated was "paid" both by staff and by Jackson in return for this incident and believed I was there willingly. Error / unprofessional deceit.

  * Alleged Accomplice!

* CO: Salcedo for same as above. Deliberate indifference, he placed Ply in SHU cage with McLady not knowing Ply was always incorrect (recorded on multiple ocasions and elsewhere I had told security continuously [illegible]
  [illegible several lines]
  ...to the Nurse [illegible] because then my Habeas/2255, in which failed to make it due to these assaults, in which do not seem coincidental.

* Lt. David Robinson, Failure to Protect and Illegal Housing Assign being fully aware of sexual/phys. assaults, harassing, indifference, due process, First Amendment and Right to Address any grievance (be it officer misconduct), or belief staff would do wrong and all inmates are the problem. He [illegible] although [illegible] not [illegible] of particular [illegible] did personally seen [illegible] issues, and attempted to ensure they did not happen again. Although he felt I should be single cell in Dwight then [illegible] several this did not happen initially and it seems did surpt [illegible] even went to get in there, until Ply finally had a meeting with Redondo and hung herself, due to staff allowing ongoing her to be sexually/physically assaulted, harassed housed and have touching her property stored in SHU property room as Federal Ultra Sensitive (?) she was almost always present, and was ordered to use proper pronouns, eliminate visual/pat searches, and escort, and ensured others did (and never displayed sexual bias/gender bias discrimination toward me personally), his bias is against PREA, especially towards one SUFFR complainer.

* Warden S.K. Luttrell, Deliberate indifference to Health and Safety, Illegal Housing Assignment during Redesignation and Transfer; Failure to Protect; Failure to Act.

* [illegible] Warden [illegible] Deliberate indifference to Health and Safety, Illegal Housing Assignment during Redesignation and Transfer; Failure to Protect; Failure to Act.

* Warden Thomas Bergami, same as above, and retaliation and indifference to Health and Safety and illegal search and seizure, deliberate right to redress and grievance, due process and equal protection and obstruction of justice (not asking for investigation by a Federal Judge, illegal Housing Assignment during Redesignation) thank God.

* Acting Warden Hill: same as above

* Lt. Davis: sexual [illegible] harassment (deliberate misgendering)

DEFENDANTS LIST - MDC BROOKLYN

* CO JOHN DOE (SHU) SEXUAL ASSAULT DURING ILLEGAL INTRUSIVE CROSS GENDER PAT SEARCH. (SQUEEZED BREASTS MULTIPLE TIMES SAYING "WHATS THIS?") (WITNESSED BY K. LEVEILLE, NP

* CAPTAIN JOHN WARDEN TORY, AND FAILURE TO PROTECT; FAILURE TO TRAIN; DELIBERATE INDIFFERENCE TO HEALTH AND SAFETY; ORDERING AN ILLEGAL "GENITAL EXAMINATION" SOLELY TO DETERMINE GENITALIA STATUS UPON AN INTERSEX AND/OR TRANSGENDER PRISONER. See; 28 CFR 115.15(e). INITIATING AND FORCING AN ILLEGAL HOUSING ASSIGNMENT TRANSFER, ONCE DR. BRUCE BIALOR, MD AND K. LEVEILLE NP-C PROVIDED REPORTS AND REVEALED STRONG CONCERNS FOR THE PLAINTIFF'S HEALTH AND SAFETY AT ANY MALE HOUSING ASSIGNMENT; see 28 CFR 115.42(a),(c),(e),(f). CAMERON V. MENARD, 2019 US DIST LEXIS 164487 (D. VT 2019) ID 30-34. MONROE V. BALDWIN, 2019 US DIST LEXIS (S.D. IL 2019). FARMER V. BRENNAN 511 US 825, 849] THAT WITH REASONABLE SPECIFICITY; THAT IT WOULD BE UNCONSTITUTIONALLY ILLEGAL TO HOUSE A TRANSGENDER FEMALE IN A MALE GENERAL POPULATION! CAMERON, GORBA AT ID.

* K. LEVEILLE, NP-C; FOR FAILURE TO PROTECT, FAILURE TO ACT; FAILURE TO REPORT; ILLEGAL SEARCH AND SEIZURE; DENIAL OF ... VIOLATION 28 CFR 115.15 (e), UNDER ABOVE AND SEE STATEMENT REFERRING TO 16145.

* BRUCE BIALOR, MD; FOR FAILURE TO PROTECT; FAILURE TO ACT; FAILURE TO PROVIDE ASYLUM; DENIAL OF DUE PROCESS AND EQUAL PROTECTION, ILLEGAL SEARCH AND SEIZURE; CAUSING EMOTIONAL TRAUMA; EMBARRASSMENT; ANXIETY; RAPE TRAUMA SYNDROME; PTSD. VIOLATING PREA LAW 28 CFR 115.95(e). Then FAILURE TO PROTECT IN TRANSFER HOUSING DECISION PER 28 CFR 115.42(a),(c),(e),(f) WHEN SPEAKING TO WARDEN AND CAPTAIN. (ALTHOUGH HE DID SHOW SERIOUS CONCERNS ABOUT MY HEALTH AND SAFETY, POLICY OR PROCEDURE OF SECURITY AND ADMINISTRATION SEEM TO HAVE GONE TO DEAF EARS, WHO WOULD NOT LISTEN TO HIS PLEAS).

* LT. THOMAS; FAILURE TO PROTECT, ILLEGAL TRANSFER IN HOUSING ASSIGNMENT RESULTING SEXUAL ASSAULT DUE TO DELIBERATE INDIFFERENCE TO HEALTH AND SAFETY.

* FOOD SERVICE SUPERVISOR, SAME AS ABOVE.

FCI FAIRTON

* UNIT MANAGER PETRIELLO, CASE MANAGER CHILDERS, COUNSELOR ROBB-WHICH CASE MANAGER ARGAINST, UNIT MANAGER JOHN DOE, ET AL, FOR THEFT OF LEGAL MAIL, LOSING, HINDERING, OBSTRUCTING LEGAL MAIL TO THE COURTS, LEGAL ADVOCATES/ATTORNEYS, REGIONAL AND CENTRAL OFFICE. DENIAL OF ACCESS TO THE COURTS, BLOCKING LEGAL SUPPLIES AND POSTAGE, DENIAL OF DUE PROCESS, EQUAL PROTECTIONS, AND RIGHT TO REDRESS AND GRIEVANCE. LOOKING INTO SEXUAL SENSITIVE AND LEGAL MAIL BEFORE SENDING OUT ...

Defendants' Listing Continued:

* Warden Mr. Martin; Warden Nash; Warden David Paul; Warden Shannon Withers; et al; Associate Wardens Williams, et al; Captain Snyder, et al; Administrative Remedy Coordinators, et al; Investigators, et al; Executive Secretary, et al; Unit Managers Woolley; Johnson; White; et al; Security; et al; Lieutenants; et al; Unit Teams; et al; Counselors, et al; Case Managers; et al. For denial of due process; equal protection; right to redress and grievance; the government hindering an investigation by a Federal Judge; illegal search and seizure; tampering with legal documents, evidence, discovery; deleting administrative remedy receipts; shredding; deleting, discarding; losing; disappearing; arbitrarily rejecting administrative remedies; withholding, delaying, interfering with administrative remedies; attempted murder; sexual, physical assaults, abuse, harassments, retaliation; inciting inmates to beat, rape and kill Plaintiff; denial of civil, medical rights; failure to treat; failure to protect; deliberate indifference to health and safety; denial of food; failure to act; failure to provide administrative remedy; using illegal cross gender searches to induce emotional, mental, physical pain; distress; injury; rape trauma syndrome; granting female only visual/pat searches; facts of arbitrarily removing and denying forced visual/pat cross gender searches and deliberate misconduct to sexually harass(/)and cause serious injuries, staff assaults, staff sexual assault; staff forced cell placement to induce sexual assault, abuse, harassment, rape and retaliation, denial of religious/pagan/wiccan/druidical/ancestral beliefs, observances and food. Issuing retaliatory and false incident reports resulting in loss of good time, phone, commissary and other privileges, delaying, denying, interfering with medical treatments once prescribed. Malpractice. Placed Plaintiff Fry and Reggiani Jesse Fluker #19525-018 to separate to force them to cell with males to be raped, abused, sexually harassed and both were, as a result of staff retaliation, raped, as staff did not give their concerns serious consideration per 28 C.F.R. 115.42 (A),(C)(E)(F). Due to a reckless disregard and deliberate indifference to their health and safety; staff theft of property, medical property, legal documents, and legal supplies, and case law, and hygiene, and clothing, and food. There are

* Feminine hygiene, care and other products, Hall; Lt Asaid; Lt Newton; et al C/O McCloud and C/O Jane Doe, C/O Williams, Lt Hall; Lt Asaid; Lt Newton; et al for forcing rape, sexual assault, abuse, harassment; left to be pissed upon

* C/O Harkey for sexual harassment, abuse, retaliation, issuing 18 hour retaliatory lockdown; inducing rape trauma syndrome, PTSD, anxiety, rage, undue pain and anxiety, threatening Ms. Kendall 19525-018 to kill and using threats that they have something going on with Fry, intentionally misgendering verbally to sexually harass and induce stress, emotional, mental pain and anxiety. Denial of meds. There (X) no legal representation, medical reports of

Yazoo

* Chief of Psychology and her staff; and Dr. Moore, Dr. Rivera; are Jane Doe for deliberate indifference to health and safety, intentional infliction of emotional distress, denial of care, denial of outside 3rd party rape crises advocates, violating 28 CFR 115.53(a); failure to protect; failure to act; exacerbation of gender dysphoria, intentionally misgendering to sexually harass and intentionally inflict emotional distress.

* Food service administrator; failure to provide religious/personal/seasonal/cultural belief food program; retaliation; failure to protect, inciting inmates to rape, beat, assault, harass, or murder plaintiff through forced wrong way entrance into oncoming traffic to obtain religious dietary meal.

* R and D: Mr. Williams; et al. Theft of property, forced illegal cross border of legal services, theft of legal property, theft of legal mail.

* Health Services; Clinical Director Dr. Newcomb, commander Alexander, PA/NC, Jane Doe, PA, Mrs. Woods, John Doe RN, et al; Dental Services, dentist John Doe DDS, et al /appearance; et al. For failure to protect, failure to act; cruel and unusual punishment, torture; intentional misgendering to sexually harass and intentionally inflict emotional distress, rape, panic syndrome PTSD, anxiety, gender dysphoria, physical injury, deliberate indifference to ill health, delay, deny, or interfering with treatments once prescribed, failure to protect, failure to act.

* Religious Services Chaplain; et al. Failure to protect, failure to act, denial of religious services, denial of due process and equal protections, defendants; PLI assignment.

* Warden Sherwood Withers, AW, Bitts, AW Lovely, Executive Secretary Captain, CME, unit members, case managers, counselors, security, clinical director, Dr. Jane Doe, Jane Doe PA, Floyd RN, Mrs. Woods, Chaplain Andrew Neamon, SIS, SIA, Recreation, Educational, Food Services, R and D, VO, ED, et al. for deliberate indifference, theft of property, denial of care, delay, deny, or interfering with care as prescribed, denial of right to redress and grievance, due process, and equal protections, failure to provide due process administratively, arbitrary retaliation, failure to protect, failure to act, illegal cross gender searches, sexual assaults/harassments/abuse, bullying, staff intentional misgendering to sexually harass and deny equal treatment for...

Failure to Safely Remove Inmates in a Timely manner, leaving plaintiff prior to impending category 5 hurricane Michael. Failure to allow inmates to store large carts full of water prior to previously 5 hurricane, to be able to flush toilets or wash, in days following. Leaving inmates in cells with no running water to drink, perform hygiene, or use the bathroom facilities, in which they could not flush. Inmates had to smell the stench of feces and urine in their cell day and night and while eating, and could not wash hands after using the bathroom. For days after, then they had us pack our stuff (property) to take with us, and we did. Then only small portions of my arrived to use later. Everything now shortages, containing hygiene, Hair Rollers, Food, Clothing, Religious items, and other things were missing. Some staff members were saying staff were taking (stealing) these items for personal use. My losses were approximately $964.00 in items, copy paper (new unopened), legal copy cards, now unused, food, hygiene feminine hygiene, legal work, clothing, hats, sunglasses etc. gone due to staff theft and dishonesty.

Defendants USP/FCC-1 Victorville or Villaland, and
* Wardens, captains, unit managers, units team, core, medical, dental, supt. Of education, security, SHU Lt. Johnson, SIA SIS, psychology, food service, R and D, DR. Siglar, Esq. Ledbetter and/or officer: Failure to protect, failure to stop illegal cross gender searches, deny, delay, or interfere with care once prescribed, intentional infliction of emotional distress, rape trauma syndrome/PTSD, anxiety, panic, paranoia, rape, injury, and other harms. Lt. Johnson telling plaintiff to "stop fucking with my people, five years in my world now, learn to fuck or fight" after telling him I was being raped in my cell. He left me to be sexually abused, raped, harassed, assaulted for approximately 30 days until one I.A. agent saw and refused to perform fellatio. This sexually abused against was know.
C.O. John Doe. telling cellmate Castaneda to take flight of plaintiff because she's dangerous and crazy, and say it was "self defense"; co-battle; deliberate indifference, failure to protect/act watched cellmate Eric Romero assaulted plaintiff by kicking her, Illegal cell assignments and transfers to male facilities to induce sexual/physical assaults, abuse, harassments placed in "grey" jump suit to identify as a sex offender when it's to induce sexual/physical assaults, harassment, due process, equal protections denial of right to privacy, ADA

## DEFENDANTS LIST: USP [Control]

X WARDEN, CAPTAIN LEFE, CAME, UNIT MANAGER, COUNSELOR SMITH, FAILURE TO PROTECT, ILLEGAL CROSS GENDER SEARCHES, DENIAL OF CARE, INCITING RAPE, SEXUAL/PHYSICAL ASSAULT, HER ASSAULT ABUSE, RETALIATION, DENIAL OF DUE PROCESS AND EQUAL PROTECTION, AND RIGHT TO REDRESS AND GRIEVANCE DELAY, DENY, OR INTERFERE WITH CARE ONCE PRESCRIBED, ILLEGAL HOUSING ASSIGNMENTS, AND TRANSFERS, INTENTIONAL MISGENDERING TO SEXUALLY HARASS AND TO INTENTIONALLY INFLICT EMOTIONAL DISTRESS.

## DEFENDANTS LIST: ALL PREVIOUS JAILS/PRISONS

X JEFFERSON COUNTY, ID AND THEIR STAFF; DELAY, DENY OR INTERFERE
X WITH TREATMENT ONCE PRESCRIBED, ILLEGAL CROSS GENDER SEARCHES, ILLEGAL HOUSING ASSIGNMENTS, DENIAL OF RELIGIOUS OBSERVANCE AND [meals]

X MINIDOKA COUNTY, ID AND THEIR STAFF; ILLEGAL CROSS GENDER SEARCHES, ILLEGAL HOUSING ASSIGNMENTS, FAILURE TO PROTECT/ACT, FAILURE TO PROVIDE PRIVATE SHOWER PER 28CFR 115.42(F), INCITING GANG RAPE, FAILURE TO TREAT, RAPE/INJURIES/GENDER DYSPHORIA, INTERSEX [Leaking]

X ELMORE COUNTY, ID DENY, DELAY, OR INTERFERE WITH TREATMENT, ILLEGAL CROSS GENDER SEARCHES AND HOUSING ASSIGNMENTS

X ADA COUNTY, ID FAILURE TO TREAT

X CCA PAHRUMP, NV; FAILURE TO TREAT, ILLEGAL CROSS GENDER SEARCHES, HOUSING ASSIGNMENTS,

X GRADY COUNTY, OK; DENY, DELAY, OR INTERFERE WITH TREATMENT, DENIAL OF RIGHT TO REDRESS, GRIEVANCE, DUE PROCESS, AND EQUAL PROTECTION, ILLEGAL CROSS GENDER SEARCHES/HOUSING, UNSANITARY CONDITIONS

X STUTSMAN COUNTY, ND, DELAY, DENY, OR INTERFERE WITH TREATMENT, ILLEGAL HOUSING ASSIGNMENTS, ALLOWED INMATE TO STEAL MY PROP AND THEATRE [?] MY SECURITY, DENIAL OF PRIVATE SHOWER AND HORMONE THERAPY, INTENTIONAL MISGENDERING TO SEXUALLY HARASS AND INTENTIONALLY INFLICT EMOTIONAL DISTRESS

X BURLEIGH COUNTY, ND DELAY, DENY, OR INTERFERE WITH TREATMENT, ILLEGAL HOUSING ASSIGNMENTS, INTENTIONAL MISGENDERING TO INTENTIONALLY INFLICT EMOTIONAL DISTRESS/SEXUAL HARASS, FAILURE TO TREAT

X WASHBURN, WI (McLEAN); [ILLEGIBLE] RETALIATION IN CAUSING DISTRESS, ILLEGAL HOUSING ASSIGNMENTS, INTENTIONAL INFLICT OF EMOTIONAL STRESS, FAILURE TO TREAT, FAILURE TO PROTECT, DELIBERATE INDIFFERENCE TO HEALTH AND SAFETY

- RUGBY - Hurt of [illegible] [illegible] Interference with treatment, intentional misleading to intermediary, inflict emotional distress, deny, delay, or interfer with treatment.

- Lake Region, Deliberate Indifference to health and safety, Delay, Deny, Interfer with treatment, intentional misleading to intermediary inform governor, [illegible] Illegal Housing Assignments, torture, attempted Murder, on serious injury by Co Brooke, Denial of right to redress grievance, Due process, Equal Protection, Failure to protect, sexual harassment/harassments, denial of care, denial of treatment for gender dysphoria

- × Polk County, MN; Deny, delay, or interfer with care, denial of religious observance, forced housing assign [illegible]

- Bed [illegible] - Morton, ND, Delay, Deny, or Interfer with treatment, sexual harassment, called "he-she", Illegal Housing Assignments, denial of rights to redress grievance, Due process, equal protections

- × Cass County, ND, Deliberate indifference, Delay, Deny, [illegible] Interfer with treatment, sexual harassments, Intentional Infliction of Emotional Distress, Robbery [illegible]

and US District Judge Daniel L Hovland. Defendants: US Marshals Service [illegible], [illegible] [illegible], [illegible] Christopher R Beaumont Public defender remanded on [illegible] Christopher R Bell [illegible]

× US Dist. US Attorneys Office; ABJ: Amy Coundrel, Nikhel Edgerly for conspiracy to deny rights, [illegible] [illegible] [illegible] [illegible] [illegible], [illegible] chronic pain, allergies, renewed Emotional [illegible] indifferent to [illegible] misleading to intermediary [illegible] [illegible] [illegible] [illegible] Emotional Distress [illegible] [illegible] of Rights, Fraud [illegible] grand jury lying [illegible] the deny of Illegal enforcement [illegible] [illegible] perjurys [illegible] [illegible] [illegible] [illegible] [illegible]

12)

denial of medical treatments once prescribed; as USMS Laura Boll, on behalf of the prosecution, did state and testify to the judge and court that "the hormone therapy has been approved, you've heard, and it's on its way", acting in a deception upon the court, in which it is deceiving the court into the belief that medical treatments for a very serious medical condition were being provided, so there would not be a reason to release a criminal defendant who is factually innocent, so they could within such care, see to heal them to ensure it would be provided, then immediately transferring the jail holding facilities to a private bop, in a conspiracy to deny rights, and torture a criminal defendant who is factually innocent, with an impropriety of not statutorily charged offense, into total and complete mental, physical and emotional injury as noted of the subsequent psycho psychological examination, with the intent and knowledge that the extended and continued denial of a speedy trial would over time result in an unknowing and involuntary induced plea, to an offense she did not commit.

Facts in Support: September 28, 2016 Bond Hearing, Laura Boll acting what approved to deceive the court in a fraud upon the court and a conspiracy to deny rights.

June 7, 2017. USMS Susan Dollson is called to testify on behalf of the prosecution United States, to rebut accusations of denial of rights, torture, constructive denial of legal counsel, violating 1st, 4th, 5th, 6th, 7th, 8th, 14th Amendments to the US Constitution, state and federal vulnerable adults laws, state and federal toti laws, RLUIPA, RFRA, The Americans with Disabilities Act, Rehabilitation Act Title 9th, The Convention Against Torture, and other laws, treaties, acts, and policies, as they are now violating present.

The prosecution's witness/representative with whom I was in Jail custody, care, and supervision control, did not deny intentionally violating my rights, they denied iron my gender dysphoria, the same gender dysphoria they had promised to their amounts say on so Plioh, in court.

Then there are statements, including withdrawals from the jails stating they warned to then not to pivoted the messengers, then with the mortisies, including the military within davis be denied against the attached and sufficiently list showing as approved Judicial stated in court by Laura Boll.

Clear proof of a fraud upon the court to deny rights in a conspiracy to deny them, to hinder or affect the outcome of the proceedings

The Prosecution is fully aware by the voluminous case laws pertaining to Gender Dysphorics in custody, that the denial of treatment causes a "lingering death" and amounts to torture, Fields v Smith (7th cir) citing Estelle v. Gamble, (Sct. 1970), and results in "demonstrable instability" as Dr. Sadeestrom, PsyD reports did show. This was their intent, and plan, to deny my rights, then lie to convince defense counsel, that the charges "would stop," I would go home time served and take care of my "Medical conditions" and get my hormone therapy, and maybe do 1 to 2 years of supervision, No SORNA, no lifetime supervision as they "dont apply" to my case. And the promise that no false Brenda Townsend testimony, and no misleading or false DNA, and no Canya Foy or any untrue testimony and no enhancements, and the prosecution and Ebaiyand on board with this and peaked only placement at a camp, no USP, no fed medium, no male facilities.

These things were either lied by the prosecutions promise to Chris Bellmore defense counsel, or Mr. Bellmores lies to me to illegally induce an unknowing and involuntary plea. Either way the right to a speedy, fair, and un biased trial was denied me by this conspiracy to deny rights, and the Plea [illegible] by these issues as well right [illegible] prosecution.

They also knew the judges bias towards Transgenders, and that he was very discriminatory and biased and would swing their way, simply by stating the rights here violated due to my being and being Dysphoric. Per Zwickler v Koota the Supreme Court held that a federal judge has a "Duty" to guard, enforce, and protect every right granted or secured by the US Constitution, this Judge Daniel L. Hovland failed to do his Duty, and may very well have been involved with this very conspiracy to deny rights, The record strongly supports this. I wrote the court regarding my rights being violated requesting new and additional legal counsel, and we had a June 2017 status conference. Per Zwickler supra, Judge Hovland had a "Duty" that he failed to do. That would be dereliction of duty in opposition to the US Constitution, he took a sworn oath to uphold. The judge would freely rule on the prosecutions motions, yet give mine hearings, at sentencing he stated the reasons why, when he spite fully went to deal with his [illegible] ire [illegible]. That statement made it clear as day and the pieces fit better. Then on 22SEP2016 judge Miller also had a "duty" to rule, however, due to the fraud upon the court by the prosecution, this was side lined, causing significant prejudice against the US ex criminal defendant