## Affidavit                     Case No. 21-1021

I, Miss Toni Fly; 18658-023; AKA; William Anthony Fly; AKA; Toniya Fly; The Affiant do swear, certify, and affirm the following statements to be true and correct to the best of my information, knowledge, and belief, under penalty of perjury.

Miss Toni Fly; 18658-023   *Toni Fly*   27 Jan 2021

Due to the defendants long standing, repetative misconduct amounting to torture, I have fallen into new total relapse of my serious psychological / emotional conditions.

I have Raynauds Disease, Rape Trauma Syndrome/PTSD, Anxiety (Beck Anxiety Inventory 50/63 on a "good day"), Carple Tunnel Syndrome, Ulnar Neuropathy, Chronic Back Pain, Neuropathies in extremities, Allergies/Asthma, and Intersex related genital bleeding and Gender Dysphoria. I was also diagnosed by Major John Sinclair, MD, Chief of General Surgery US Army; with "potentially life threatening military stress related ulcers".

Due to this, my life is in emergency and imminent threat of serious harm or death.

FILED
FEB 05 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I have a handwriting condition known as "Dysgraphia". Defendants have refused laptop, or typewriter to prepare my legal documents for the courts. Due to this condition the Americans with Disabilities Act shows that "Adaptive technology" is necessary. I do type well on a computer with word processor. I have also been denied access to the courts, law library, and mail to the courts.

I feel that due to these reasons I would like a laptop w/ cell with internet and PACER access. This would likely eliminate this misconduct.

I do also feel that due to these reasons court appointment of legal counsel is needed.

I did attempt to follow the judge; Shaddid's directions and order. However, I am significantly mentally/emotionally/physically challenged at this point and may not entirely comprehend the order due to my mentally demininished state. Please forgive me, if I did not entirely meet the judges requests.

I now also have a serious traumatic brain injury from the FCI Fairton defendants intentionally placing me in a recreational cage to be assaulted and battered almost to death, fully aware that I was rec alone/cell alone since arrival in SHU, and after Dr. Bruce Biklor, MD genital exam.

I also feel that the denial of religion is related as a denial of equal protection as "Two Spirit Native American Jewish" belief and practice are solely intersex and/or transgender; and this is why it is denied. This is also relative to the claim of 28CFR 115.53(4) outside 3rd party advocacy denial whereas I seek rape crises treatment and advocacy by an intersex and/or advocate... and feel

This is arbitrary and capricious procedure to deny this psycho-therapy social role transition treatment by those certified by the World Professional Association of Transgender Health, Standards of Care (WPATH SOC,) (www.wpath.org),

Instead when I attempt to seek treatment from psychology, I am issued serious disciplinary incident reports, clearly designed to intentionally inflict emotional distress upon me, and induce self harm and suicide. This I feel is a form of malpractice and is counter productive; and a denial of treatment or care.

On or about 27 Jan 2021 Mr. A. Plata did rounds and said that I will need to resubmit the "Legal Correspondence" request, as he feels that it had been "Lost" This also with request for In Forma Pauperis Statement to the courts, and with Administrative Remedies; as with Legal documents to the courts.

Defendants Lt. Vega-Flores, Lt. Fisher, co Webster, did mishandle HIPA protected "Genital Exam" by Dr. Bruce Ribner only and this was to be submitted to the courts, instead of the promised return by Lt. Vega-Flores; it was given to co Webster, then it was said to Lt. Fisher, who somehow had it shredded to destroy this evidence to the court. This was to explicitly prove to the court the seriousness of imminent threat upon me, by arbitrary and capricious placement in a male facility, in which after I have been raped over 60 times, this would seem only logical that female housing assignment with other females, as the only option per US DOJ final rule under PREA Law 28 CFR 115.42(a)(b)(c)(e); See also Chinnon v. Mcnair (OSD 2021) showing that the US Supreme Court held with "reasonable specificity" that to house a transgender female in a male setting is a point and discovery of "imminent danger", referring to Famer v. Brennan 511 US 825 (1994) where a transsexual was beat and raped in this same region; due to transfer; and held wardens at FCI Oxford and US P Terre Haute personally liable/responsible, and the Regional Director, in that case it was also held "one need not await harm prior to seeking relief"

See also Janiah Monroe v Baldwin (S.D. Ill 2019); and Tay v. Dennison (SD Ill 2020). This are almost identical, if not entirely, similarly situated precedent case laws, to my claims. As I continue to be transferred and housed in "deliberate indifference to my health and safety"

The defendants have siezed my medical necessities including my glasses, gloves, leggings, swear clothing, hair ties, etc.

## AFFIDAVIT

I the Affiant Toni Fly, #18658-023, do swear the following to be true and correct to the best of my information, knowledge, and belief, under penalty of perjury, Miss Toni Fly #18658-023 /s/ Toni Fly 27 Nov 2020 (Friday after Thanksgiving - Black Friday), I am being tortured through my medical conditions which are very serious.

The Defendants fully aware that I do suffer from the serious medical conditions of Raynauds Disease, Gender Dysphoria, Intersex related, Ginital leaking, chronic severe pain, Allergies, Asthma, and potentially life threatening military stress related ulcers, and Hypoglycemia, and vision loss, and two broken teeth and jaw, and severe feet spurs, pronation, and leisions and pain, and other conditions, Even Melanoma (a deadly skin disease)

Have taken measures of retaliation to induce severe emotional distress and physical wanton pain to torture me.

They seized my glasses, protective clothing and medications and placed me in a very cold environment to induce pain, open sore leisions, potentially resulting in amputations, muscle spasms, cramping, and severe anxiety and emotional distress, to enforce their system wide policy to teach Intersex and/or Transgender females at Male facilities to "learn to Fuck or Fight", but do not file a PREA complaint, as it will be disregarded, and you will face serious retaliation, by staff and by staff influencing inmates to retaliate.

Staff have taken my medically necessary items, and continue their campaign of torture upon me.

They seized my glasses, to render it difficult to see anything to write, or sign documents;

They deny daily hair removal, Feminine sanitary needs, (including maxipads), Feminine deodorant, Femine soaps(etc), and Feminine clothing, and do intentionally misgender to exacerbate gender Dysphoria to induce self-harm, suicidal ideation/attempts.

The Defendants induce physical pain and suffering by seizing my medically necessary thick double mattress and providing a thin worn out painfull mattress in STU, in an extremely cold cell, to induce pain through my Raynauds, I now have open sores due to this, which can turn to gangrene and result in amputation. I have already lost a toe nail due to this exposure,

I continue to request medically necessary clothing, extra blankets, or a warm cell, or to take me to Missouri-2 where I was, or to suicide watch, or to medical observation as alternatives, all being refused, resulting in virtually all treatment for Raynauds being denied. Raynauds is a serious medical condition, and I have a serious case,

I have severe chronic back pain, this is exacerbated to almost paralyzing levels by the bunk, then by the cold,

I have a very difficult time grasping the pencil to write this due to the cold as well.

Staff/Defendants continue to induce and exacerbate my Gender Dysphoria condition as well, and through both of these, I have constant thoughts of dying, to stop the pain,

I have open wounds that continue to go untreated, as do my 2 broken teeth and jaw from being gang raped, sexually/physically assaulted, (still untreated in over 4 years) Then they attempted to force me into a 10 person cell to be gang raped again, and induced my rape trauma syndrome/PTSD, anxiety, fear, paranoia, and panic, result in my being hospitalized in suicide watch, and having mentally painful injuries,

I continue to be sexually harassed, I will be sexually abused at any and all male facilities.

I swear, affirm, and certify all to be true and correct, to the best of my information, knowledge, and belief, under penalty of perjury

Miss Toni Fry 18658-473
F.C.I. PEKIN
P.O. BOX 5000
PEKIN, IL 61555

LEGAL MAIL

PEORIA IL 616
04 FEB 2021 PM 2 T

Attn: Case # 21-1020 and
UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
Room 315
Federal Building
100 N.E. Monroe
Peoria, Illinois 61602

LEGAL MAIL

RECEIVED
FEB 04 2021
FCI PEKIN
MAIL ROOM

6160231003